UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES BERNARD ROBINSON, JR.,

    Plaintiff,

v.                                     Case No. 3:13cv387-LC-CJK

D. LARSON, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 31, 2017 (doc. 181). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (docs. 157, 161, 166) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. the motion for summary judgment is granted as to plaintiff's Eighth Amendment conditions of confinement claim against defendant Larson;

    b. the motion for summary judgment is denied as to plaintiff's Eighth Amendment excessive force claim against defendants Larson and Delapp;

    c. the motion for summary judgment is granted as to plaintiff's Eighth Amendment deprivation of mental health care claim against defendants Larson, Delapp, and Martin;

    d. the motion for summary judgment is granted as to plaintiff's claim for punitive damages.

3. This matter is referred to the assigned Magistrate Judge for further pretrial proceedings on:

    a. plaintiff's Eighth Amendment excessive force claim against defendants Larson and Delapp for nominal damages.

**DONE AND ORDERED** this 18th day of September, 2017.

                         s/*L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**